**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 08-431-VAP (OPx)              Date:  September 29, 2008

Title:   NOUHAD BOU DAGHER -v- BANK OF AMERICA; SAXON MORTGAGE SERVICES, INC.
===============================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                                        None Present
    Courtroom Deputy                                  Court Reporter

ATTORNEYS PRESENT FOR                    ATTORNEYS PRESENT FOR
PLAINTIFFS:                                           DEFENDANTS:

    None                                                     None


PROCEEDINGS:       ORDER TO SHOW CAUSE FOR LACK OF SUBJECT MATTER JURISDICTION (IN CHAMBERS)

    Plaintiff filed this case on April 1, 2008, alleging wrongful foreclosure proceedings.  The one-paragraph Complaint does not state any grounds for jurisdiction in the United States District Court; nor is any basis for jurisdiction apparent on the face of the pleading.  A case shall be dismissed when the court lacks subject matter jurisdiction.  See 28 U.S.C. §§ 1331, 1332, 1367.

    Accordingly, the Court issues an Order to Show Cause why this case should not be dismissed for lack of subject matter jurisdiction.  Plaintiff must comply with this order by October 14, 2008 by filing a written response or by filing a First Amended Complaint that includes a proper jurisdictional basis for Plaintiff's claim.  Failure to comply with this Order to Show Cause will result in dismissal of this action.

MINUTES FORM 11                                          Initials of Deputy Clerk __md__
CIVIL -- GEN                          Page 1

EDCV 08-431-VAP (OPx)
NOUHAD BOU DAGHER v BANK OF AMERICA; SAXON MORTGAGE SERVICES, INC.
MINUTE ORDER of September 29, 2008

**IT IS SO ORDERED.**